# United States Court of Appeals
## For the First Circuit

No. 24-1062

UNITED STATES OF AMERICA,

Appellee,

v.

ADMILSON PIRES, a/k/a Mikey,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 28, 2025, is amended as follows:

On page 3, line 19, replace "consecutively" with "concurrently".

On page 40, line 11, replace "drug" with "drugs".